## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| RONNIE RANDOLPH, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:12-CV-32 NAB |
| ROBERT GRIFFIN, et al., | ) |
| Defendants. | ) |

## ORDER

This closed matter is before the Court on Plaintiff's Motion to Appoint Counsel. This matter was dismissed by the Court on January 19, 2012 as time-barred.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Appoint Counsel is **DENIED**. [Doc. 10].

Dated this 29th day of February, 2012.

        /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE